# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 28, 2007

Charles R. Fulbruge III
Clerk

No. 07-30488
Summary Calendar

ERIC DRAKE

Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans
USDC No. 2:06-CV-6264

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Erik Drake appeals the district court's granting of the United States's motion to dismiss for lack of subject matter jurisdiction. The gist of Drake's suit is that, despite his prior felony conviction, the district court should restore his right to legally possess a firearm. Drake was convicted of a federal felony in 1990. His restoration of his civil rights by the governor of Louisiana does not entitle him to possess a firearm. 18 U.S.C.A. § 922(g); Beecham v. United

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

States, 511 U.S. 368, 114 S. Ct. 1669 (1994).  An administrative procedure has been provided for relief from the firearm disability, but Drake has not sought relief.  18 U.S.C. § 925(c).  The court has no jurisdiction.  United States v. Bean, 537 U.S. 71, 123 S. Ct. 584 (2002).  To the extent Drake makes other claims over which the court might have jurisdiction, they have no merit.

AFFIRMED.